Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

KELLY RENEE HERNANDEZ

CASE NO. 13-70437-HDH-13

| AKA1: | AKA2: |
|---|---|
| DBA1: | DBA2: |
| SS#1: xxx-xx- 4318 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

   A. Orig. Date:   1/7/2014   Orig. Time:   1:00 PM   Reset Date:   Reset Time:

   B. Meeting Results:   Adjourned

   C. Debtor(s):   Debtor 1 Appeared

   D. Attorney for Debtor(s):   Appeared

   E. Creditor Appearance:   None

   F. Amount Paid to the Trustee as of   1/7/2014   $430.00   First Payment Due Date:   1/2/2014

   G. File Trustee's Motion to Dismiss because

   H. B22C Information:   B22C Form is:   Complete

      Budgeted Income:   $3,038.92   Expense:   $2,608.92   Surplus:   $430.00

      Plan Payment:   $430.00   Monthly   Plan Term(Months):   59

   I. Value of Non-Exempt Property:   $0.00   Proposed Amount to Unsecured Creditors:   $0.00

      Objection to Exemption of:

      Repeat Filing (If case dismissed, it should be with prejudice)   Previous Case Numbers:   01-70871-13-txn
                                                                                                                                   02-70239-13-txn

      Object to Invoke Stay Pleading

      Case Converted from Chapter 7, Bar Date Set:   4/7/2014   Date Converted from Chapter 7:

   J. Required Information:   WW Directive

   K. Business Information:

   L. Object to Confirmation:   No

      None at this time

   M. Financial Management Class:   Debtor 1 Appeared

   N. Eligibility:

      Certificate of Credit Counseling Filed:   Debtor 1 Only

      Credit Counseling Provider Approved:   Yes

      Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):   No

   O. Domestic Support Obligation:   $0.00   Current:   Arrears:   $0.00

      Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

   P. Remarks:   Good thank you!

   Dated:   1/7/2014

                                                                                  /s/ Walter O'Cheskey

                                                                                  Standing Bankruptcy Trustee
                                                                                  By:   Brent Hagan

| Case Number: | 13-70437 |
|---|---|
| Debtor: | HERNANDEZ |
| Attorney: | MJW |
| Presiding Officer: | Angela |
| Calculation Date: | 1/7/2014 8:35 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| INDYMAC BANK | $2,903.16 | 7.25% | 59 | $58.64 | $3,459.93 |
| REGIONAL ACCEPTANCE | $13,562.94 | 6.00% | 59 | $266.02 | $15,695.33 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor   Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | |
|---|---|---|
| **Attorney Fees**   Paid Through the Plan | $3,176.00 | $3,176.00 |
| **Noticing Fees** | $42.24 | $42.24 |
| **Clerk Filing Fees** | | $0.00 |

| | | | |
|---|---|---|---|
| **Hardacre Minimum** | **$0.00** | <-------------- | |
| Chapter 7 Minimum (Gross) | | | |
|   Less Trustee Fees | $0.00 | | |
|   Less Attorney Fees | $3,176.00 | | |
|   Less Noticing Fees | $42.24 | Greater Of ---------> | $0.00 |
|   Less Clerk Filing Fees | $0.00 | | |
|   Less Scheduled Priority Claims | $0.00 | | |
|   Less Other (Explain Below) | $0.00 | | |
| **Chapter 7 Minimum (Net)** | **$0.00** | <-------------- | |

| | |
|---|---|
| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $1,680.67 |

| | |
|---|---|
| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $24,854.75 |
| Debtor Plan Base (Monthly Payment X Term) | $25,370.00 |
| **Surplus (Debtor Plan Base - Calculated Base)** | **$515.25** |

**Comments:**

Version 1.03 Last Revised: 7/31/2008